# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**LESLIE K. HOLTE**                                                                **PLAINTIFF**

**V.**                                                                      **CASE NO. 2:05CV248**

**STATE OF MISSISSIPPI et al**                                                    **DEFENDANTS**

## ORDER

This cause comes before the Court on the motion of Robinson Property Group Corp. ("Robinson") for a temporary restraining order and preliminary injunction [27-1]. Robinson is not a party to the above-styled lawsuit. Instead, it is the legal entity which owns the defendant Horseshoe Casino and two nearby casinos, the Sheriton Casino and the Grand Casino. All three casinos are located near to one another in Tunica, Mississippi. In its motion for TRO, Robinson seeks to enjoin the plaintiff, Leslie K. Holte, from entering Robinson's Tunica casinos or their surrounding grounds. On March 29, 2006, U.S. District Judge W. Allen Pepper, Jr. granted Robinson's motion for a TRO. On April 6, 2006, a hearing on preliminary injunction was held before this Court at which time the parties were permitted to present witnesses, exhibits and arguments.

For the reasons outlined by the judge from the bench at the conclusion of the preliminary injunction hearing, the Court finds that Robinson's motion is well-taken and should be GRANTED. Accordingly, it is hereby ORDERED that the plaintiff, Leslie K. Holte, is enjoined from entering the properties owned by Robinson until further order of the Court. For the purposes of this motion, the properties at issue are as follows:

    1.    The Grand Casino Tunica and the area to the east of it encompassed by Grand

Parkway North, Grand Parkway South and Mississippi Highway 61, and

2. the Sheraton and Horseshoe Casinos of Tunica, Mississippi and their adjacent parking areas.

The Court is informed that an unnamed driveway runs between the Horseshoe Casino and the Goldstrike Casino which is not owned by Robinson. Mr. Holte shall have the right to use this driveway to access the Goldstrike Casino but is enjoined from using it to enter the Horseshoe Casino grounds.

It is further ORDERED that Robinson, pursuant to Fed. R. Civ. Pro. 65(c) shall continue to post security in the amount of Five Hundred Dollars ($500.00).

This is the 6th day of April, 2006 at 10:37 a.m.

    **/s/ Michael P. Mills**
**UNITED STATES DISTRICT JUDGE**